DUPLICATE
ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Priority
Send        X
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

Case No.: CV 04-6997 LGB          Date: September 22, 2004
         CR 00-226  LGB

Title: United States of America v. Marcus-Christopher
       Timmons

===================================================================
DOCKET ENTRY

===================================================================
PRESENT: Hon. Lourdes G. Baird, United States District Judge

    Catherine Jeang              None Present
    Deputy Clerk                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:
None                                 None


PROCEEDINGS:    In Chambers


    The Court is in receipt of Petitioner Marcus-Christopher Timmons' petition under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence by a person in custody, filed on August 20, 2004.

    The Court SETS the following briefing schedule:

    The Government shall file an opposition brief **no later than October 15, 2004, at 3:00 p.m.**

    Petitioner shall file his optional reply brief **no later than November 5, 2004, at 3:00 p.m.**

    Courtesy copies shall be delivered to Chambers by the above times and dates.



DOCKETED ON CM   Deputy Clerk
SEP 2 3 2004
BY          G  022

