DUPLICATE ORIGINAL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

\_\_\_ Priority
_X_ Send
\_\_\_ Clsd
\_\_\_ Enter
\_\_\_ JS-5/JS-6
\_\_\_ JS-2/JS-3

CIVIL MINUTES-GENERAL

**Case No.:** CV 04-6997 LGB  **Date:** February 9, 2005
CR 00-226 LGB

**Title:** <u>Marcus Christopher Timmons v. United States of America</u>

===============================================================
DOCKET ENTRY
===============================================================

**PRESENT:** Hon. Lourdes G. Baird, United States District Judge

<u>Catherine Jeang</u>          <u>None Present</u>
Deputy Clerk               Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:
None                                  None

**PROCEEDINGS:**   In Chambers

The Court is in receipt of Petitioner Marcus Christopher Timmons' ("Petitioner") Ex Parte Petition For Immediate Hearing, filed on January 25, 2005.

Petitioner requests this Court to grant Petitioner's Motion to Vacate and Set Aside Void Judgment pursuant to 28 U.S.C. § 2255. Petitioner alleges Respondent United States failed to allege facts demonstrating the Court had subject matter jurisdiction over Petitioner's criminal case. 28 U.S.C. § 2255 mandates the Court must grant an evidentiary hearing unless the motion and files of the case conclusively show that Petitioner is not entitled to relief. In its Order Dismissing Petitioner's Motion to Vacate and Set Aside Void Judgment under 28 U.S.C. § 2255, the Court addresses Petitioner's contentions and determines he is not entitled to relief. Accordingly, Petitioner's request for an immediate hearing is **DENIED**.

Deputy Clerk _____



1